

# Fourth Court of Appeals
## San Antonio, Texas

December 15, 2015

No. 04-15-00571-CV

**THE CITY OF HELOTES**, Tom Schoolcraft, Rick Schroder, and Ernest Cruz,
Appellants

v.

**CONTINENTAL HOMES OF TEXAS, LP,**
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18405
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellant has filed a motion to exceed the word limit for appellant's brief under Texas Rule of Appellate Procedure 9.4(i)(4). Because the brief appellant filed with the court does not exceed the word limit, the motion is moot.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of December, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court